IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD EUGENE DANIELS,

     Appellant,

 v.

                                  Case No.  5D21-1693
                                  LT Case No. 2020-CF-001556-A-O

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Orange County,
Chad K. Alvaro, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS and WOZNIAK, JJ., concur.